JOHN L. JACKSON, Appellant, v. RUBY H. TALLMADGE and Another, Respondents.— Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concur.

In the Matter of the Claim of EDWARD KAISER, Respondent, v. SIGMUND GROSS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ALBERT KARASIK, Respondent, v. HELFAND SHOE COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

In the Matter of the Claim of JOHN F. KEARNS, Respondent, v. BUFFALO STEEL CAR COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ALFRED KITTLE, Respondent, v. TOWN OF KINDERHOOK and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. All concur, except H. T. Kellogg, J., dissenting.

In the Matter of the Claim of STANISLAW KOZORRAL, Respondent, v. INTERNATIONAL PAPER COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the Board should make a finding as to whether or not the claimant unreasonably refused to co-operate with the physicians. All concur.

EMIL LASKI, Respondent, v. STATE OF NEW YORK, Respondent; INDUSTRIES DEVELOPMENT CORPORATION and FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellants, and Others.— Motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Claim of PATSY LEONI, Respondent, v. GLOBE MALLEABLE IRON AND STEEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ELLA LEWIS, Respondent, v. MAUJER WET WASH LAUNDRY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FRED W. LINK, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Probate of the Last Will and Testament of LUCIE BISSONNETTE, Deceased.— Order and decree unanimously affirmed, with costs against the appellants.